# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTIS C. CARROLL, JR. | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 19-2059 |
| JANELLE MADARA | : | |

## ORDER

**AND NOW**, this 19th day of August 2019, upon considering Defendant's Motion to dismiss (ECF Doc. No. 13) with no response, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 13) is **GRANTED** and we dismiss Plaintiff's Complaint (ECF Doc. No. 2) **with prejudice**, and the Clerk of Court shall **close** this case.

KEARNEY, J.